UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| EVAN BRIGGS,<br><br>                    Plaintiff,<br><br>      v.<br><br>COMMUNITY HEALTH PLAN OF WASHINGTON, et al.,<br><br>                    Defendant. | CASE NO. 3:22-CV-5801-DGE<br><br>ORDER TO SHOW CAUSE |

Plaintiff Evan Briggs filed a Declaration and Application to Proceed *In Forma Pauperis* and Written Consent for Payment of Costs ("Application"). Dkt. 1. In the Application, Plaintiff states he was last employed in July of 2022 making $50.00 per month. *Id*. at 1. Plaintiff also states he receives $1187.00 per month in social security disability insurance and has $5,000.00 case on hand. *Id*. at 1-2. His monthly expenses are $700.00.

Based on the Application, Plaintiff may have sufficient funds the pay the $402.00 filing fee. Plaintiff is ordered to show cause why his Application should not be denied or pay the $402.00 filing fee by December 9, 2022. Plaintiff may show cause by providing a new, signed Application,

ORDER TO SHOW CAUSE - 1

1  answering each question completely and providing any other information that would explain why
2  he cannot pay court fees and costs.
3      The Clerk is directed to re-note Plaintiff's application to proceed *in forma pauperis* (Dkt.
4  1) to December 9, 2022.
5      Dated this 9th day of November, 2022.

David W. Christel
United States Magistrate Judge

ORDER TO SHOW CAUSE - 2