1

2

3

4

5

6

7

8            UNITED STATES DISTRICT COURT
          WESTERN DISTRICT OF WASHINGTON
9                    AT TACOMA

10   EVAN BRIGGS,

11                  Plaintiff,                    CASE NO. 3:22-CV-5801-DGE

12          v.                                    REPORT AND RECOMMENDATION

13   COMMUNITY HEALTH PLAN OF                     Noting Date: January 6, 2023
     WASHINGTON, et al.,
14
                  Defendants.
15

16          Plaintiff Evan Briggs filed a Declaration and Application to Proceed *In Forma Pauperis*

17   and Written Consent for Payment of Costs ("Application"). Dkt. 1. The District Court has

18   referred Plaintiffs' Application to Proceed *In Forma Pauperis* ("IFP") to United States

19   Magistrate Judge David W. Christel pursuant to Amended General Order 02-19.

20          In the Application, Plaintiff states he was last employed in July of 2022 making $50.00

21   per month. *Id*. at 1. Plaintiff also states he receives $1,187.00 per month in social security

22   disability insurance and has $5,000.00 case on hand. *Id*. at 1-2. His monthly expenses are

23   $700.00. Based on the Application, the Court found Plaintiff may have sufficient funds the pay the

24   $402.00 filing fee. Therefore, Plaintiff was ordered to show cause why his Application should not

be denied or pay the $402.00 filing fee by December 9, 2022. Dkt. 2. Plaintiff has not responded to the Court's Order or paid the filing fee.

It is not clear from Plaintiff's Application that he cannot afford the filing fee. Further, Plaintiff has not responded to the Court's Order or paid the filing fee. Therefore, the Court recommends the Application (Dkt. 1) be denied and this case be dismissed without prejudice for failure to prosecute.

Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have fourteen (14) days from service of this report to file written objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of *de novo* review by the district judge, *see* 28 U.S.C. § 636(b)(1)(C), and can result in a waiver of those objections for purposes of appeal. *See Thomas v. Arn*, 474 U.S. 140, 142 (1985); *Miranda v. Anchondo*, 684 F.3d 844, 848 (9th Cir. 2012) (citations omitted). Accommodating the time limit imposed by Fed. R. Civ. P. 72(b), the Clerk is directed to set the matter for consideration on January 6, 2023, as noted in the caption.

Dated this 21st day of December, 2022.

David W. Christel
United States Magistrate Judge